# EXHIBIT 2

**CAPITAL LEGAL GROUP, PLLC**
INTELLECTUAL PROPERTY LAW

November 28, 2016

General Counsel
Edge-Core Networks Corporation
20 Mason
Irvine, CA 92618

    Re:    Licensing Opportunity for Parity Networks LLC Portfolio

Dear Sir or Madam:

We sent you a letter dated October 5, 2016 regarding the Parity Networks LLC ("Parity") patent portfolio. We were surprised that we did not receive a response or even an acknowledgment of our letter from you. As conveyed in that letter, Parity is actively exploring the licensing and potential sale of its extensive patent portfolio.

The Parity portfolio encompasses sixty-five (65) United States patents and dozens of foreign counterparts around the world. Parity has retained Capital Legal Group, PLLC ("CLG") as its exclusive licensing agent with respect its patent portfolio. We are reaching out to Edgecore/SMC/Accton because we believe that the technology protected by this portfolio is important to your industry and that your company would derive significant benefits from licensing or purchasing the portfolio.

On November 18, 2016, Parity initiated litigation against an infringer to protect its intellectual property rights. Rather than litigate, Parity's strong preference is to discuss a business transaction. Because your company sells switches and routers, we are hoping to open a dialog directed to the licensing or potential sale of the Parity portfolio. Parity has not completed an analysis of your technology as it relates to the Parity patents. Before proceeding down that path, Parity would rather begin a mutually beneficial dialog related to this portfolio.

We realize that you likely regularly receive letters alleging infringement. Please recognize that while Parity wishes to amicably license its intellectual property, Parity is a solvent patent owner that will not be ignored if it determines its intellectual property is being infringed.

In summary, Parity wishes to license (or sell) its portfolio without litigation to avoid the arduous and expensive task of completing infringement analyses on such an extensive portfolio – as is required to initiate litigation. Accordingly, Parity is willing to license its portfolio at a lower license fee than it will seek if it must enforce its rights.

Please know that Parity is interested in arrangements with very reasonable terms. We would appreciate your response to this letter within thirty (30) days.

    Sincerely,

    Douglas L. Bridges
    202-470-0145
    Bridges@CapitalLegalGroup.com