| | |
|---|---|
| Stephen Lobbin (CA 181195)<br>sml@smlavvocati.com<br>SML AVVOCATI P.C.<br>888 Prospect Street Suite 200<br>San Diego, CA 92037<br>Telephone: (949) 636-1391<br><br>Christopher V. Goodpastor (CA 199350)<br>cgoodpastor@dinovoprice.com<br>Adam G Price (*pro hac vice*)<br>aprice@dinovoprice.com<br>Andrew DiNovo (*pro hac vice*)<br>adinovo@dinovoprice.com<br>Daniel Schmid (*pro hac vice*)<br>dschmid@dinovoprice.com<br>DINOVO PRICE LLP<br>7000 North MoPac Expressway<br>Suite 350<br>Austin, TX 78731<br>Telephone: (512) 539-2626<br><br>ATTORNEYS FOR PLAINTIFF<br>PARITY NETWORKS, LLC | Richard C. Vasquez (CA 127228)<br>rvasquez@vbllaw.com<br>Jeffrey T. Lindgren (CA 176400)<br>jlindgren@vbllaw.com<br>Robert S. McArthur (CA 204604)<br>mcarthur@vbllaw.com<br>VASQUEZ BENISEK & LINDGREN LLP<br>1550 Parkside Drive, Suite 130<br>Walnut Creek 94596<br>Telephone: (925) 627-4250<br>Facsimile: (925) 403-0900<br><br>ATTORNEYS FOR DEFENDANTS<br>EDGECORE USA CORPORATION,<br>EDGECORE AMERICAS<br>NETWORKING CORPORATION<br>AND EDGECORE NETWORKS<br>CORPORATION |

# JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| PARITY NETWORKS, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>EDGECORE USA CORPORATION,<br>EDGECORE AMERICAS<br>NETWORKING CORPORATION and<br>EDGECORE NETWORKS<br>CORPORATION,<br><br>   Defendants. | Case No. 8:20-cv-00699-JVS-KES<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

---

Case No.8:20-cv-00699-JVS-KES  ORDER GRANTING JOINT STIPULATION OF DISMISSAL

**ORDER**

The Court having reviewed the Joint Stipulation of Dismissal with Prejudice, and good cause having been shown:

**IT IS HEREBY ORDERED** that the Joint Stipulation of Dismissal with Prejudice is GRANTED. The entire action and all claims against all parties is hereby dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

Dated: July 22, 2021

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE